

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2016

No. 04-16-00425-CV

**IN THE INTEREST OF S.A.M.W.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-1774-CV
Honorable Robin V. Dwyer, Judge Presiding

**ORDER**

The appeal is DISMISSED. Because appellant is indigent, no costs of this appeal are assessed.

It is so **ORDERED** on July 20, 2016.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2016.

Keith E. Hottle, Clerk